===============================================================================

* * * * * **UNITED STATES DISTRICT COURT** * * * *

__NORTHERN__ **DISTRICT OF** __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO.** 1:04cv369 (DRH)

WANDA WILLINGHAM; LUCILLE McKNIGHT; WARD DeWITT; DAVID REID; DEBORAH WILLIAMS-MUHAMMAD; ASHLEY PEREZ; COLEMAN HUGHES; DONNA ROBINSON; RODNEY DAVIS; STEPHANIE DAVIS; DAVID YOUNG; ALBANY COUNTY BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; ARBOR HILL CONCERNED CITIZENS NEIGHBORHOOD ASSOCIATION; AARON MAIR; MARYAM MAIR; ANNE POPE; and MARK MISHLER,

**Plaintiff(s),**

v.

COUNTY OF ALBANY; ALBANY COUNTY BOARD OF ELECTIONS; JAMIE GILKEY; TYLER TRICE; and DYANN PARKER

**Defendant(s).**

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that: 1. Plaintiffs' motion for summary judgment (Docket No. 100) is **DENIED** in all respects; 2. The County's cross-motion for summary judgment (Docket No. 102) is **GRANTED**, and judgment shall enter for the County as to plaintiffs' third (VRA) and fourth (right of association) causes of action; and   3. The motions of Gilkey and Trice for summary judgment (Docket Nos. 103 and 104) are **GRANTED** as to plaintiffs' third (VRA) and fourth (right of association) causes of action as to which judgment shall enter in favor of Gilkey and Trice, and **DENIED** as to plaintiffs first (due process) and second (equal protection) causes of action, all in

accordance with the Memorandum-Decision & Order of the Hon. David R. Homer, US Magistrate Judge, dd 7/12/06.

**DATE: July 12, 2006**

_Lawrence K. Baerman_
Clerk of Court

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK